# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TONYA MOORE**                                                                     **PLAINTIFF**

**v.**                                     **No. 3:23-cv-69-DPM-ERE**

**COMMISIONER OF SOCIAL SECURITY**                            **DEFENDANT**

## ORDER

Plaintiff's motion to proceed *in forma pauperis* (*Doc. 1*) is GRANTED. Plaintiff may proceed without prepayment of fees and costs. The Clerk of Court will notify the Commissioner of this case. *See* 42 U.S.C. § 405(g), Supp. SSA Rule 3.

IT IS SO ORDERED this 14th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE