**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**TONYA J. MOORE**                                                                              **PLAINTIFF**

**VS.**                                    **NO. 3:23-CV-000069-DPM-ERE**

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                                      **DEFENDANT**

## SCHEDULING ORDER

Plaintiff filed a complaint appealing the Social Security Administration Commissioner's final decision denying benefits. The Clerk of the Court notified Defendant about the complaint via CM-ECF. See Rule 3 of the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) ("Supplemental Rules"). This Order is intended to track the filing deadlines contained in the Supplemental Rules.

Defendant's answer, accompanied by a certified copy of the administrative record, or responsive pleading is due 60 days after notice of this case.[1]

Plaintiff's brief is due 30 days after the answer is filed.[2] Failing to file a timely brief may result in dismissal of the case for failure to prosecute.

Defendant's brief is due 30 days after Plaintiff's brief is filed.

Plaintiff's reply brief is due 14 days after Defendant's brief is filed.

IT IS SO ORDERED this 6th day of April, 2023.

AT THE DIRECTION OF THE COURT
Tammy Downs, Clerk
By: Melanie Beard, Deputy Clerk

---

[1] If Defendant files a responsive pleading (*e.g.*, a motion under FED. R. CIV. P. 12), it alters the time period for filing an answer as stated in Fed. R. Civ. P. 12(a)(4).

[2] If any deadline is on a weekend or federal holiday, the deadline will be the next workday. *See* FED. R. CIV. P. 6(a)(1)(C).