IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONYA J. MOORE                                                                        PLAINTIFF

v.                                   No. 3:23-cv-69-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                                           DEFENDANT

### ORDER

Unopposed recommendation, *Doc. 12*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Notwithstanding Moore's struggles with chronic pain, substantial record evidence supports the ALJ's decision; and the Court sees no error of law. *Boettcher v. Astrue*, 652 F.3d 860, 863 (8th Cir. 2011). Moore's complaint will therefore be dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 November 2023