IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONYA J. MOORE                                              PLAINTIFF

v.                              No. 3:23-cv-69-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                DEFENDANT

JUDGMENT

Moore's complaint is dismissed with prejudice.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 November 2023